NO. 07-10-0323-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

NOVEMBER 24, 2010
_____

GREGORY BRYCE HANEY,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 64th DISTRICT COURT OF CASTRO COUNTY;

NO. A3173-0805; HON. ROBERT W. KINKAID, JR., PRESIDING
_____

***On Motion to Dismiss***
_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant Gregory Bryce Haney, by and through his attorney, has filed a motion to dismiss his appeal, signed by appellant, because he no longer desires to prosecute it.   Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.   Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Do not publish.                                                    Per Curiam